# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Juan Rivera,

    Plaintiff

    v.

Steven Wolfeson et al.,

    Defendants

Case No.: 2:14-cv-01288-JAD-GWF

**Order
Adopting Report and Recommendation
and Dismissing Case**

The Magistrate Judge entered a Report and Recommendation on September 17, 2014, recommending dismissal of Plaintiff Juan Rivera's complaint and closure of this case. Doc. 3. Objections were due September 17, 2014. Rivera has filed no objection. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

. . .

. . .

. . .

1

Accordingly, and with good cause appearing,

It is hereby ORDERED that the Magistrate Judge's Report and Recommendation **[Doc. 3] is ADOPTED**.

It is further ORDERED that this case is **DISMISSED**.

The Clerk of Court is directed to close this case.

DATED October 27, 2014.

_____
Jennifer A. Dorsey
United States District Judge

2